UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br>   Plaintiff,<br><br>  v.<br><br>CITY OF SAN LEANDRO,<br>   Defendant. | Case No. 17-cv-00989-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 28 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: February 2, 2018

WILLIAM H. ORRICK
United States District Judge